UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FAMILY MEDICINE PHARMACY, LLC** | ) |
| Plaintiff, | ) CIVIL ACTION NO. 1:15-615-KD-M |
| v. | ) |
| **GULF COAST PHARMACEUTICALS PLUS, LLC** | ) |
| Defendant. | ) |

**WITHDRAWAL OF MOTION FOR LEAVE TO DEPOSIT FUNDS INTO COURT
AND
WITHDRAWAL OF CONSENT TO INJUNCTIVE RELIEF AND MOTION TO DISMISS
PURSUANT TO FRCP 12(b)(1)**

COMES NOW Defendant, Gulf Coast Pharmaceuticals Plus, LLC ("Gulf Coast"), and withdraws its pending Motion for Leave to Deposit Funds Into Court and Consent to Injunctive Relief and Motion to Dismiss pursuant to FRCP 12(b)(1), without prejudice. In support of these withdrawals, Gulf Coast advises the Court that Plaintiff, Family Medicine Pharmacy, LLC and Gulf Coast have entered into a settlement and anticipate filing an appropriate stipulation for dismissal within the next 30 days.

Respectfully submitted,

*/s/ James Rebarchak*
James Rebarchak (REBAJ2308)
Kenneth A. Watson (WATSK3123)

{MB222713.1}

Jones Walker LLP
RSA Battle House Tower
11 North Water Street, Ste. 1200
Mobile, Alabama  36602
Telephone:  251-439-7544
Facsimile:   251-439-7374
jrebarchak@joneswalker.com
kwatson@joneswalker.com

Attorneys for Gulf Coast Pharmaceuticals Plus, LLC

## CERTIFICATE OF SERVICE

I, James Rebarchak, of the law firm of Jones Walker LLP do hereby certify that on March 21, 2016 I filed this motion using the ECF system which will send a copy to the following counsel of record:

James H. McFerrin, Esq.
McFerrin Law Firm, LLC
265 Riverchase Parkway East, Ste. 202
Birmingham, Alabama  35244
jhmcferrin@bellsouth.net

Diandra S. Debrosse-Zimmerman
Zarzaur Mujumdar & Debrosee
2332 2nd Avenue North
Birmingham, Alabama  35203
fuli@zarzaur.com

/s/ James Rebarchak
Of Counsel

{MB222713.1}