**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **FAMILY MEDICINE PHARMACY, LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 15-00615-KD-M** |
| | ) | |
| **GULF COAST PHARMACEUTICALS** | ) | |
| **PLUS, LLC,** | ) | |
| **Defendant.** | ) | |

## ORDER

This action is before the Court on notice from the Defendant that this action has settled but additional time is necessary to finalize the settlement. (Doc. 17). Accordingly, the above-styled action is **DISMISSED without prejudice** from the active docket of this Court subject to the right of either party to reinstate the action within sixty (60) days of the date of this Order should the settlement agreement not be completed.

**DONE** and **ORDERED** this **24**th day of **March 2016**.

**s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**